IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MICHAUD, | : | |
|     Plaintiff | : | No. 1:22-cv-00943 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | |
| FRANKLIN COUNTY JAIL, et al., | : | |
|     Defendants | : | |

**ORDER**

**AND NOW**, on this 16th day of November 2022, upon consideration of pro se Plaintiff John Michaud ("Plaintiff")'s amended complaint (Doc. No. 9), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint (Doc. No. 9) is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2);

2. Plaintiff is **GRANTED** a final opportunity to amend his pleadings;

3. Plaintiff, if he elects to do so, shall file a second amended complaint within **thirty (30) days** of the date of this Order;

4. The Clerk of Court is directed to mail Plaintiff a civil rights complaint form. Plaintiff shall title that complaint form "Second Amended Complaint" and shall include the docket number for this case, 1:22-cv-00943; and

5. In the event that Plaintiff fails to file a second amended complaint, or an extension of time to do so, within the thirty (30) days, this action may be subject to dismissal for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania